# UNITED STATES COURT OF INTERNATIONAL TRADE
## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

**PLAINTIFF:**
Herman Miller Inc et al

**ATTORNEY** *(Name, Address, Telephone No.)*:

## CONSTITUTIONAL ISSUE - 28 U.S.C. § 255

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [ ]

## JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**
- [ ] Appraisal
- [ ] Classification
- [ ] Charges or Exactions
- [ ] Vessel Repairs
- [ ] Exclusion
- [ ] Liquidation
- [ ] Drawback
- [ ] Refusal to Reliquidate
- [ ] Rate of Duty
- [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**
- [ ] Appraisal
- [ ] Classification
- [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

*(Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause _____ Agency _____
**Federal Register** or **Administrative Determination** Cite(s) _____
Product(s) _____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**
- [ ] U.S. Secretary of Labor
- [ ] U.S. Secretary of Commerce
- [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** *(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**
Agency: [ ] U.S. International Trade Commission   [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**
- [ ] Sec. 641(b)(2)
- [ ] Sec. 641(b)(3)
- [ ] Sec. 641(c)(1)
- [ ] Sec. 641(b)(5)
- [ ] Sec. 641(c)(2)
- [ ] Sec. 641(d)(2)(B)
- [ ] Sec. 499(b)

# JURISDICTION
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

- [ ] Classification
- [ ] Rate of Duty
- [ ] Drawbacks
- [ ] Valuation
- [ ] Marking
- [ ] Vessel Repairs
- [ ] Restricted Merchandise
- [ ] Entry Requirements
- [ ] Other: _____

**28 U.S.C. § 1581(i) -** *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

**28 U.S.C. § 1582 - Actions Commenced by the United States**

- [ ] (1) Recover civil penalty under Tariff Act of 1930:
  - [ ] Sec. 592
  - [ ] Sec. 641(d)(2)(A)
  - [ ] Sec. 593A
  - [ ] Sec. 704(i)(2)
  - [ ] Sec. 641(b)(6)
  - [ ] Sec. 734(i)(2)
- [ ] (2) Recover upon a bond
- [ ] (3) Recover customs duties

# RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: |  |  |  |
| [ ] Pending: |  |  |  |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018.)