UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HERMAN MILLER, INC.; DESIGN WITHIN REACH INC.; GEIGER INTERNATIONAL, INC. NEMSCHOFF INC.; MAHARAM FABRIC CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER,<br><br>Defendants. | Court No. 1:20-cv-00243 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as lead attorney for plaintiffs, Herman Miller Inc., Design Within Reach, Inc., Geiger International, Inc., Nemschoff Inc., Maharam Fabric Corporation in this action and requests that all papers be served on him.

Date: September 17, 2020

/s/ Evelyn M. Suarez
THE SUAREZ FIRM PLLC
5523 Sherier Pl., NW
Washington, D.C. 20017
202-552-0310
esuarez@suarezfirm.com